# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SAMAH T. ABUKHODEIR, SUMMER T. ABUKHODEIR,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIHOME MORTGAGE CO, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendants. | **CASE NO.: 8:21-cv-00563-WFJ-JSS** |

## RELATED CASE NOTICE

Under Local Rule 1.04(d), all counsel of record and unrepresented parties must promptly inform the Court and other parties of the existence of any similar or successive cases pending before any court or administrative agency.[1] But, for removal cases, the parties need not identify the original state-court proceeding in this Notice.

I certify that the above-captioned case:

☐ **IS** related to civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

_____

_____

_____

_____

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

---

[1] All counsel and unrepresented parties have a continuing duty to promptly inform the Court and parties of any **additional or new** similar or successive cases by filing an Amended Notice of Pendency of Related Actions.

68978721v.1

Date: April 5, 2021	Respectfully submitted,

        SEYFARTH SHAW LLP

   By:  */s/ Tonya M. Esposito*
        Tonya M. Esposito (FL Bar No. 0118369)
        SEYFARTH SHAW LLP
        975 F Street, N.W.
        Washington D.C.   20004
        Telephone:   (202) 828-5356
        Facsimile:   (202) 641-9228
        tesposito@seyfarth.com

        *Attorney for Defendant*
        *Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2021, I presented the foregoing RELATED CASE NOTICE with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Tonya M. Esposito*
Tonya M. Esposito
Attorney for Defendant
Equifax Information Services LLC

68978721v.1